JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

EDUARD SAFARYAN,

    Petitioner,

v.

TODD BLANCHE, et al.,

    Respondents.

Case No. 5:26-cv-03445-KES

**JUDGMENT**

Pursuant to the Court's Order Granting the Petition and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that Ground 1 of the Petition is granted and Ground 2 is dismissed without prejudice as moot.

DATED: July 8, 2026

_____

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE